# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JENNIFER A. ROACH,
    Plaintiff,

    v.                                           CA. No. 18-86-JJM-LDA

UNITED STATES DEPT. OF EDUCATION,
    Defendant.

## **JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Pursuant to this Court's Text Order entered on December 3, 2018, the judgment is hereby entered dismissing the Plaintiff's Complaint (ECF No. 1) in accordance with Fed. R. Civ. P. 58.

    <u>It is so ordered</u>.


December 3, 2018                              By the Court:

                                                    <u>/s/ Hanorah Tyer-Witek.</u>
                                                    Clerk of Court